In the Matter of JEMAL ALBRITTON, Appellant, v BRIAN FISHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted April 22, 2013; decided June 4, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of ANONYMOUS, an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Decided June 4, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

In the Matter of CRAIG S., Appellant, v DONNA S., Respondent.

Submitted May 13, 2013; decided June 4, 2013

Motion for reargument of motion for leave to appeal denied [see 20 NY3d 862 (2013)].

Judge ABDUS-SALAAM taking no part.